UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas J. Lyons, Sr.
and all other persons similarly situated,

Plaintiff,

**STIPULATION AND ORDER FOR REMAND**

v.

Case No. 00-2659 PAM/JGL

Up Time Computer Services, Inc.,

Ramsey County No. 62-C0-00-010334

Defendant.

The parties, by their undersigned counsel, stipulate as follows:

1. The defendant has removed this litigation from Ramsey County District Court to the United States District Court, the District of Minnesota.

2. The parties stipulate that the United States District Court lacks subject matter jurisdiction.

3. The parties stipulate that the Court may enter an Order to Remand the above-captioned litigation to Ramsey County District Court and that said Order may be entered without further notice to the parties.

Dated: 12-21-00

**MUDGE, PORTER, LUNDEEN & SEGUIN, S.C.**

R. Michael Waterman

BY: Barry C. Lundeen
Minn. Reg. No. 181171

BY: R. Michael Waterman
Minn. Reg. No. 263254

110 Second Street
PO Box 469
Hudson, Wisconsin 54016
(715) 386-3200 or (651) 436-5934

ATTORNEYS FOR DEFENDANT

DEC 27 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

BY: Peter Barry
Minn. Reg. No. #0166577

THE BARRY LAW OFFICE, LTD.
1560 Beam Avenue, Suite A
Maplewood, MN 55109

ATTORNEY FOR PLAINTIFF

**ORDER**

Based on the stipulation of the parties,

**IT IS ORDERED:**

that the above-captioned litigation be and hereby is Remanded to Ramsey County District Court.

Dated: December 27, 2000

**BY THE COURT:**

Hon. Paul A. Magnuson
United States District Court, District of Minnesota